**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ADRIAN ALEXANDER GOODWIN,                                                         PLAINTIFF
ADC #658240

v.                                          4:13CV00088-BRW

DAVID HENDRICKSON, Police Officer,
Fort Smith Police Department; *et al*.                                              DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendants are located there and the events complained of allegedly occurred there. *See* 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Fort Smith Division, Isaac C. Parker Federal Bldg., Room 1038, 30 S.6th Street, Fort Smith, AR 72901.

IT IS SO ORDERED this 5th day of March, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.